IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | |
|---|---|
| Roger Jerome Jackson,<br><br>    Plaintiff,<br><br>-vs-<br><br>Grand Forks County Correctional Center Medical Department, Grand Fork[]s City . . . Correction Center, James River Correctional Center, SweatLodge, J.R.C.C.,<br><br>    Defendants. | Case No. 2:14-cv-103<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the court has received a Report and Recommendation from the Honorable Alice R. Senechal, United States Magistrate Judge, recommending that the court dismiss with prejudice Roger Jackson's complaint.[1] Jackson has not objected to the Report and Recommendation within the prescribed time period.

After reviewing the record and considering the magistrate judge's Report and Recommendation, the court finds the magistrate judge's analysis of the claims and recommendations for disposition are appropriate. Accordingly, the court hereby adopts the Report and Recommendation in its entirety. For the reasons stated therein, Jackson's complaint is **DISMISSED with prejudice**. The court finds that any appeal would be frivolous, cannot be taken in good faith, and may not be taken *in forma pauperis*.

  **IT IS SO ORDERED.**

  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

  Dated this 10th day of July, 2015.

                */s/ Ralph R. Erickson*
                Ralph R. Erickson, Chief Judge
                United States District Court

---

[1] Doc. #17.